People v Ceesay (2024 NY Slip Op 04822)

People v Ceesay

2024 NY Slip Op 04822

Decided on October 03, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 03, 2024

Before: Manzanet-Daniels, J.P., Friedman, Gesmer, González, Pitt-Burke, JJ. 

Index No. 1641/17 Appeal No. 2699 Case No. Case No. 2018-03040 

[*1]The People of the State of New York, Respondent,
v
Abdoulie Ceesay, Defendant-Appellant. 

Twyla Carter, The Legal Aid Society, New York (Rachel L. Pecker of counsel), for appellant.

Judgment, Supreme Court, Bronx County (George Villegas, J.), rendered January 22, 2018, convicting defendant, upon his plea of guilty, of grand larceny in the fourth degree, and sentencing him to a term 1 to 3 years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the surcharge and fees imposed at sentencing, and otherwise affirmed.
Based on our own interest of justice powers, we vacate the surcharge and fees imposed on defendant at sentencing (see People v Chirinos, 190 AD3d 434 [1st Dept 2021]). We note that the People do not oppose this relief.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: October 3, 2024